AO 91 (Rev. 02/09) Criminal Complaint

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

MAR 17 2011

CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk

| United States of America | ) |
|---|---|
| v. | ) |
| OSCAR VILLA | ) Case No. 5:11M5022-001 |
| *Defendant* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __02/14/2011__ in the county of __Washington__ in the __Western__ District of __Arkansas__, the defendant violated __21__ U. S. C. § __841(a)(1)__, an offense described as follows:

Count 1: On or about February 14, 2011, in the county of Washington, in the Western District of Arkansas, the defendant, OSCAR VILLA, did knowingly distribute a controlled substance, namely, methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).
Count 2: On or about March 1, 2011, in the county of Washington, in the Western District of Arkansas, the defendant, OSCAR VILLA, did knowingly distribute a controlled substance, namely, methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).
Count 3: On or about March 11, 2011, in the county of Washington, in the Western District of Arkansas, the defendant, OSCAR VILLA, did knowingly distribute a controlled substance, namely, methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

This criminal complaint is based on these facts:
SEE ATTACHED

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Scott E. Oringderff, S.A., DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __03/17/2011__

_____
*Judge's signature*

City and state: __Fayetteville, Arkansas__    Erin L. Setser, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Scott E. Oringderff, a Special Agent with the Drug Enforcement Administration (DEA) being duly sworn, hereby depose and say:

1. I am a Special Agent of the Drug Enforcement Administration (DEA) and have been so employed since November, 1995. I am currently assigned to the Fayetteville Resident Office. In
connection with my official DEA duties, I investigate criminal violations of the Controlled Substances Act.

2. I have received specialized training in the enforcement of federal narcotics laws. My training and experience has involved, among other things, (a) the debriefing of defendants, witnesses, and informants, as well as others who have knowledge of the distribution and transportation of controlled substances, and of the laundering and concealment of proceeds of drug trafficking; (b) surveillance; and (c) analysis of documentary and physical evidence. I have also received training in investigations involving the interception of wire and electronic communications. Based on my training and experience, I have become familiar with the manner in which narcotics traffickers conduct their drug-related businesses, including the methods employed by narcotics dealers to import and distribute narcotics, and their use of coded language to refer to narcotics, drug proceeds, and other aspects of narcotics trafficking. I have received specialized training from the DEA relating to the investigation of drug and money laundering offenses and have been personally involved in investigations involving the unlawful possession, manufacture, and distribution of controlled substances, including cocaine, methamphetamine, heroin, opium, marijuana, and money laundering.

3. This Affidavit is made in support of a criminal complaint against and arrest warrant for, Oscar VILLA for three counts of Distribution of Methamphetamine in violation of Title 21 U.S.C. § 841(a)(1).

4. Based on the information provided by officers involved in the investigation I have learned the following:

5. On January 18, 2011, investigators from DEA Fayetteville, Arkansas interviewed a Confidential Source (CS) at the Fayetteville DEA Office. During this interview, the CS explained that he/she could purchases methamphetamine (ICE) from Oscar VILLA. The CS stated he/she has known VILLA for over five years and during that time witnessed VILLA sell methamphetamine on numerous occasions. The CS explained that he/she would normally meet VILLA at his residence located in Springdale, Arkansas.

6. The CS gave investigators the phone number (708-878-8070) that the CS had for VILLA. The CS was able to give investigators a detailed description of Oscar VILLA, positively identify a photograph of VILLA; as well as direct agents to VILLA's residence.

7. On February 14, 2011, at approximately 4:12PM, at the direction of investigators, the CS placed a monitored phone call to VILLA and ordered one (1) gram methamphetamine to be purchased from VILLA at his residence: 1402 White Road, Washington County, Springdale, Arkansas.

8. Prior to the meeting, the CS met with law enforcement and was searched for contraband with negative results. At approximately 4:20PM, investigators observed the CS arrive at VILLA's residence. Moments later investigators observed the CS meeting with VILLA in the driveway of the residence. The CS was equipped with a recording/transmitting device enabling investigators to hear and monitor the conversation and transaction. At approximately 4:27PM investigators observed the CS depart from the residence and leave the area. Investigators maintained constant surveillance of the CS, subsequently meeting with the CS and retrieving the methamphetamine he/she had purchased from VILLA. The CS stated he/she met with VILLA in the driveway of the VILLA's residence where he/she gave $60.00 (Official Advanced Funds/U.S. Currency) to VILLA, who in turn gave the CS the methamphetamine. The methamphetamine was processed by investigators who determined the methamphetamine (ICE) to weigh approximately .8 gross grams; a presumptive field test performed on the methamphetamine by investigators revealed a positive response for methamphetamine.

9. On March 01, 2011, investigators established surveillance at VILLA's residence.

10. On March 01, 2011, at approximately 2:26PM, at the direction of investigators, the CS placed a monitored phone call to VILLA and ordered one/quarter ounce (approximately 7 grams) of methamphetamine to be purchased from VILLA at his residence: 1402 White Road, Washington County, Springdale, Arkansas.

11. Prior to the meeting, the CS met with law enforcement and was searched for contraband with negative results. At approximately 2:33PM, investigators observed the CS arrive at VILLA's residence. Moments later investigators observed the CS enter the open garage door of the residence. The CS was equipped with a recording/transmitting device enabling investigators to hear and monitor the conversation and transaction. At approximately 2:38PM, investigators observed the CS depart from the residence and leave the area. Investigators maintained constant surveillance of the CS, subsequently meeting with the CS and retrieving the methamphetamine he/she had purchased from VILLA. The CS stated he/she met with VILLA in the garage of the VILLA's residence where he/she gave $400.00 (Official Advanced Funds/U.S. Currency) to VILLA, who in turn gave CS the methamphetamine. The methamphetamine was processed by investigators who determined the methamphetamine (ICE) to weigh approximately 7.2 gross grams; a presumptive field test performed on the methamphetamine by investigators revealed a positive response for methamphetamine.

12. On March 11, 2011, at approximately 1:41PM, at the direction of investigators, the CS placed a monitored phone call to VILLA and ordered ounce (approximately 28 grams) of methamphetamine to be purchased from VILLA at a location chosen by VILLA. VILLA informed the CS to meet him at Lupitas Hair Salon: 1901 West Huntsville Road, Washington County, Springdale, Arkansas. VILLA stated he would be at the hair salon getting a haircut and the CS could retrieve the methamphetamine from his vehicle. Moments later surveillance

observed VILLA's vehicle parked in the parking lots of the hair salon; VILLA vehicle is a white 1990 Chevrolet pick-up bearing Arkansas personalized license plates "TANAMPA". ("TANAMPA" is registered to: Oscar VILLA, 1402 White Road, Springdale, Arkansas 72762)

13. At approximately 1:49PM, investigators observed the CS arrive at the hair salon; moment's later investigators observed the CS enter VILLA vehicle via the driver's side door, the CS then exited VILLA's vehicle, returned to his/her and departed the area. The CS was equipped with a recording/transmitting device enabling investigators to hear and monitor the conversation and transaction. Investigators maintained constant surveillance of the CS, subsequently meeting with the CS and retrieving the methamphetamine he/she had retrieved from VILLA vehicle. The CS stated he/she retrieved the methamphetamine from a pouch in front of the driver's seat of VILLA's vehicle, and had left $1,400.00 (Official Advanced Funds/U.S. Currency) for payment of the methamphetamine in the aforementioned seat pouch. The CS stated prior to retrieving the methamphetamine he telephoned VILLA, who in turn unlocked his vehicle using an electronic remote from inside the hair salon.

14. At approximately 2:02PM surveillance observed VILLA depart the parking lot of the hair salon driving his aforementioned white Chevrolet pick-up. Constant surveillance was maintained on VILLA until he arrived at his residence (1402 White Road, Springdale, Arkansas) at approximately 2:06PM. VILAA who was the only occupant of the vehicle was observed to remotely open the garage door of the residence, and drive into the garage.

15. The methamphetamine retrieved from VILLA's vehicle by the CS was processed by investigators who determined the methamphetamine (ICE) to weigh approximately 28.7 gross grams; a presumptive field test performed on the methamphetamine by investigators revealed a positive response for methamphetamine.

16. Based upon the above, I have probable cause to believe that Oscar VILLA has committed three counts of Distribution of Methamphetamine in violation of 21 U.S.C. § 841(a)(1).

Scott Oringderff, DEA Special Agent

Subscribed and sworn to before me this 17th day of March, 2011.

Erin L. Setser
United States Magistrate Judge

3