US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 0 6 2011

CHRIS R. JOHNSON, Clerk
By
                    Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 5:11CR50036-001 |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 853 |
| OSCAR VILLA | ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about February 14, 2011, in the Western District of Arkansas, Fayetteville Division, the defendant, **OSCAR VILLA**, did knowingly distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

### COUNT 2

On or about March 1, 2011, in the Western District of Arkansas, Fayetteville Division, the defendant, **OSCAR VILLA**, did knowingly distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

### COUNT 3

On or about March 11, 2011, in the Western District of Arkansas, Fayetteville Division, the defendant, **OSCAR VILLA**, did knowingly distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. §

841(a)(1).

## COUNT 4

On or about March 17, 2011, in the Western District of Arkansas, Fayetteville Division, the defendant, **OSCAR VILLA**, did knowingly distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

## COUNT 5

On or about March 22, 2011, in the Western District of Arkansas, Fayetteville Division, the defendant, **OSCAR VILLA**, did knowingly possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

## FORFEITURE ALLEGATION

The Grand Jury re-alleges and incorporates by reference herein Counts 1, 2, 3, 4 and 5.

Upon conviction of Counts 1, 2, 3, 4 and 5 of this Indictment, the defendant **OSCAR VILLA** shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

a. A sum of United States currency representing the amount of proceeds obtained by the defendant named herein as a result of the offense described in Counts 1, 2, 3, 4 and 5 of this Indictment,

b. All real and personal property, derived from, involved in, or used to facilitate the offenses described in Counts 1, 2, 3, 4 and 5 of this Indictment.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) and 18 U.S.C. § 982(b)(1), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A True Bill.

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson

CONNER ELDRIDGE
UNITED STATES ATTORNEY

By: _____
Matthew J. Wilson
Assistant U. S. Attorney
Florida Bar No. 20584
414 Parker Avenue
Fort Smith, AR 72901
479-783-5125