AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| United States of America<br>v.<br>**OSCAR VILLA**<br><br>_Defendant_ | )<br>)<br>) Case No. 5:11CR50036-001<br>)<br>)<br>) |

RECEIVED
2011 APR -7 PM 1:08
U.S. MARSHALS SERVICE

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   **OSCAR VILLA**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Counts 1 - 4: Unlawful Distribution of a Mixture or Substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1);

Count 5: Possession with Intent to Distribute a Mixture or Substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. § 841(a)(1).

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAY 10 2011
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

Date: 04/07/2011

_Issuing officer's signature_

City and state: Fort Smith, Arkansas            Christopher R. Johnson, U.S. Clerk
_Printed name and title_

---

### Return

This warrant was received on _(date)_ 4/7/2011, and the person was arrested on _(date)_ originally Arrested
at _(city and state)_ Fayetteville, AR.                                                                              3/29/2011 Re-Arrested

Date: 4/14/2011

_Arresting officer's signature_

Mark Spellman, SDUSM
_Printed name and title_